A CERTIFIED TRUE COPY

DEC 18 2001

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 30 2001

FILED
CLERK'S OFFICE

***DOCKET NO. 1407***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)*** 01-2059 MJD/JGL

***CONDITIONAL TRANSFER ORDER (CTO-6)***

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 60 additional actions have been transferred to the Western District of Washington. With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein. -CV 01-2178

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

JAN 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 18 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

(5)

I hereby certify that the annexed instruments is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By
Deputy Clerk

# SCHEDULE CTO-6 TAG ALONG CASES
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# | |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 01-9382 | Kazebee v. Thompson Medical Co., Inc., et al. |
| CAC | 2 | 01-9388 | Harris, et al. v. Bayer Corp. |
| CAC | 2 | 01-9389 | Hall v. Thompson Medical Co., Inc., et al. |
| CAC | 2 | 01-9391 | Denson v. Bayer Corp. |
| CAC | 2 | 01-9394 | Watson v. Thompson Medical Co., Inc., et al. |
| CAC | 2 | 01-9396 | Buzzanco, et al. v. Bayer Corp. |
| CAC | 2 | 01-9809 | Slappery v. Thompson Medical Co., Inc., et al. |
| KENTUCKY EASTERN | | | |
| KYE | 0 | 01-207 | Maynard, et al. v. Bayer Corp. |
| KYE | 2 | 01-199 | Carter v. Bayer Corp. |
| KYE | 2 | 01-218 | Strickley v. Chattem, Inc. |
| KYE | 5 | 01-456 | Huggins, et al. v. Bayer Corp. |
| KYE | 6 | 01-451 | Givens v. American Home Products Corp. |
| KYE | 6 | 01-453 | Campbell v. Thompson Medical Co., Inc., et al. |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 01-3300 | Ford v. American Home Products Corp. |
| LAE | 2 | 01-3303 | Lofton, etc. v. American Home Products Corp. |
| LAE | 2 | 01-3349 | Fife, et al. v. American Home Products Corp., et al. |
| LAE | 2 | 01-3420 | Pollard, et al. v. Bayer Corp. |
| ~~LAE~~ | ~~2~~ | ~~01-3421~~ | ~~St. Amant, et al. v. Bayer Corp., et al.~~ OPPOSED 12/17/01 |
| ~~LAE~~ | ~~2~~ | ~~01-3424~~ | ~~Garcia, et al. v. SmithKline Beecham Corp., et al.~~ OPPOSED 12/17/01 |
| ~~LAE~~ | ~~2~~ | ~~01-3448~~ | ~~Phillips v. SmithKline Beecham Corp., et al.~~ OPPOSED 12/17/01 |
| ~~LAE~~ | ~~2~~ | ~~01-3467~~ | ~~Peterson, et al. v. Bayer Corp., et al.~~ OPPOSED 12/17/01 |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 01-893 | Antoine v. Chattem, Inc. |
| LAM | 3 | 01-894 | Blanchard, et al. v. Chattem, Inc. |
| LAM | 3 | 01-895 | Hammond v. Chattem, Inc. |
| LAM | 3 | 01-924 | Stam, et al. v. Chattem, Inc. |
| LAM | 3 | 01-934 | Spears, et al. v. Novartis Pharmaceuticals Corp., et al. |
| LAM | 3 | 01-941 | Clark, et al. v. Bayer Corp. |
| LAM | 3 | 01-942 | Coleman, etc. v. Bayer Corp. |
| LAM | 3 | 01-943 | Harrison v. Bayer Corp. |
| LAM | 3 | 01-949 | Wooders v. Bayer Corp., et al. |
| LAM | 3 | 01-977 | Jamerson v. Bayer Corp. |
| LAM | 3 | 01-983 | Thompson v. Chattem, Inc., et al. |
| LOUISIANA WESTERN | | | |
| LAW | 1 | 01-2089 | Carson v. Bristol-Myers Squibb Co. |
| LAW | 3 | 01-2195 | Quarrels, et al. v. Bayer Corp. |
| LAW | 3 | 01-2395 | Henderson, et al. v. Bayer Corp. |
| LAW | 5 | 01-2217 | Robinson, et al. v. Bayer Corp., et al. |
| LAW | 5 | 01-2219 | McKinney, et al. v. Bayer Corp., et al. |
| LAW | 5 | 01-2220 | Harris v. Bayer Corp., et al. |
| LAW | 5 | 01-2224 | Allegretto, et al. v. GlaxoSmithKline, et al. |
| LAW | 5 | 01-2233 | Pratt, et al. v. Bayer Corp., et al. |
| LAW | 5 | 01-2283 | Jackson v. Bayer Corp. |
| LAW | 6 | 01-2196 | Romero, et al. v. Bayer Corp. |
| LAW | 6 | 01-2282 | Minor, et al. v. Bayer Corp., et al. |
| LAW | 6 | 01-2284 | Pitre v. Bayer Corp. |
| MINNESOTA | | | |
| MN | 0 | 01-2024 | Tomblin v. American Home Products Corp. |
| MN | 0 | 01-2058 | Coon, etc. v. GlaxoSmithKline, PLC, et al. |
| MN | 0 | 01-2059 | Brooks, et al. v. Bristol-Myers Squibb Co. |
| MISSISSIPPI NORTHERN | | | |
| MSN | 4 | 01-272 | Conway, et al. v. American Home Products Corp., et al. |
| MISSISSIPPI SOUTHERN | | | |
| ~~MSS~~ | ~~4~~ | ~~01-329~~ | ~~Vick, etc. v. Novartis Corp., et al.~~ OPPOSED 12/18/01 |
| MSS | 4 | 01-340 | Johnson, etc. v. Chattem, Inc. |
| ~~MSS~~ | ~~5~~ | ~~01-339~~ | ~~Uwagboe v. Whitehall-Robins, et al.~~ OPPOSED 12/17/01 |
| ~~MSS~~ | ~~5~~ | ~~01-340~~ | ~~Alexander v. Bayer Consumer Care, et al.~~ OPPOSED 12/17/01 |

SCHEDULE CTO-6 TAG ALONG CASES (Cont.) 1407

| DISTRICT | DIV | CIVIL ACTION# | |
|---|---|---|---|
| OHIO SOUTHERN | | | |
| OHS | 3 | 01-447 | Tutwiler, et al. v. Novartis Pharmaceuticals Corp. |
| OHS | 3 | 01-452 | Grunwell, etc. v. Bayer Corp. |
| OREGON | | | |
| OR | 3 | 01-1510 | Fry, etc. v. Thompson Medical Co., Inc., et al. |
| OR | 3 | 01-1583 | Alvis v. Smithkline Beecham Corp., et al. |
| OR | 3 | 01-1613 | Clark v. Bayer Corp. |
| TENNESSEE MIDDLE | | | |
| TNM | 3 | 01-1461 | Alexander v. Sidmak Laboratories, Inc. |
| TENNESSEE WESTERN | | | |
| TNW | 1 | 01-1323 | Jones v. SmithKline Beecham Corp., et al. |
| TNW | 2 | 01-2890 | Scott v. Smithkline Beecham Corp. |
| TNW | 2 | 01-2891 | Collins, et al. v. American Home Products Corp. |
| TNW | 2 | 01-2892 | Bradford, et al. v. American Home Products Corp., et al. |
| TNW | 2 | 01-2893 | Kosters v. Bayer Corp., et al. |
| TNW | 2 | 01-2894 | Jackson, et al. v. Sidmaertk Laboratories, Inc., et al. |
| TEXAS EASTERN | | | |
| TXE | 4 | 01-338 | Hastings, et al. v. Novartis AG, et al. |
| TXE | 5 | 01-290 | Demoss, et al. v. Sidmak Laboratories, Inc. |